NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

SIOUX HONEY ASSOCIATION, ADEE HONEY
FARMS, MONTEREY MUSHROOMS, INC., THE
GARLIC COMPANY, AND RICELAND CRAWFISH,
INC. (ALSO KNOWN AS BEAUCOUP CRAWFISH
OF EUNICE, INC.),
*Plaintiffs-Appellants,*

v.

HARTFORD FIRE INSURANCE COMPANY,
HARTFORD ACCIDENT AND INDEMNITY
COMPANY, HARTFORD CASUALTY INSURANCE
COMPANY, HARTFORD INSURANCE COMPANY
OF ILLINOIS, HARTFORD INSURANCE COMPANY
OF THE MIDWEST, AND HARTFORD INSURANCE
COMPANY OF THE SOUTHEAST,
*Defendants-Appellees,*

and

AEGIS SECURITY INSURANCE COMPANY
AND LINCOLN GENERAL INSURANCE COMPANY,
*Defendants-Appellees,*

and

AMERICAN CONTRACTORS INDEMNITY
COMPANY, AMERICAN HOME ASSURANCE
COMPANY, AND XL SPECIALTY INSURANCE
COMPANY,
*Defendants-Appellees,*

and

## GREAT AMERICAN ALLIANCE INSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY, AND GREAT AMERICAN INSURANCE COMPANY OF NEW YORK,
*Defendants-Appellees,*

and

## INTERNATIONAL FIDELITY INSURANCE COMPANY,
*Defendant-Appellee,*

and

## WASHINGTON INTERNATIONAL INSURANCE COMPANY,
*Defendant-Appellee,*

and

## UNITED STATES, UNITED STATES CUSTOMS AND BORDER PROTECTION, JAYSON P. AHERN, ACTING CUSTOMS COMMISSIONER, DEPARTMENT OF COMMERCE, AND GARY LOCKE, SECRETARY OF COMMERCE,
*Defendants-Appellees.*

---

2011-1040

---

Appeal from the United States Court of International Trade in case no. 09-CV-0141, Judge Timothy C. Stanceu.

---

**ON MOTION**

---

**O R D E R**

The United States moves for a 9-day extension of time, until April 14, 2011, for all appellees to file their response briefs. The appellants respond.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

**APR 0 5 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Paul C. Rosenthal, Esq.
T. Randolph Ferguson, Esq.
Herbert C. Shelley, Esq.
L. Misha Preheim, Esq.
Alexander H. Schaefer, Esq.
Peter D. Keisler, Esq.
Armen Shahinian, Esq.
Barry R. Ostrager, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**APR 0 5 2011**

JAN HORBALY
CLERK